# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT Knoxville, TN 37902

Victor K. Miller )
_____ )
_____ )
Name of plaintiff (s) )
)
v. ) Case No. 3:14-CV-1
Barack Obama ) (to be assigned by Clerk)
Jack Lew ) Collier/Shirley
Harry Reid )
Name of defendant (s) )
John Boehner )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Fiduciary incompetence violates Articles I, II & IV of the U.S. Constitution, jeopardizes the "welfare of the Miller family & threatens U.S. national security & corrupts 14th Amendment Section 4

2. Plaintiff, Victor Keith Miller et al resides at

160 Jolly Lane, Heiskell
street address / city

Anderson, TN, 37754, 865-498-0356
county    state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
Vic Miller family - Bradley K. & family, Kristen M. & family, Christopher R. & family, Jeanette Miller & family & all future Miller generations are threatened by callous disregard for our liberty, opportunities, security, freedom & fiscal strength by failing to provide us "life, liberty & the pursuit of happiness" & uphold "providing for the common Defence & general Welfare of the United States" & Tennessee. (Attach a letter to the Court Page 2 of 4.)

3. Defendant, Jacob J. Lew lives at, or its business is located at
US Treasury Secretary
_____, _____,
street address                                  city

_____, _____, _____.
county                       state                zip code

(if more than one defendant, provide the same information for each defendant below)

Barak Hussein Obama, President
Harry Mason Reid, Senate Majority Leader
John Andrew Boehner, Speaker of House of Representatives

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Eviscerating, feckless + unfettered federal spending by all defendants imperils the constitutional "welfare" of my family + State of Tennessee. Their insane + unconstitutional mismanagement of our hard-earned + sacred tax dollars unjustly imposes an unaffordable + unsustainable financial burden on each of us as the amount of national debt explodes exponentially by the minute. The defendants operate in violation of Article 1 Section 8, Article 2 Section 3, + Article 4 Sections 1 + 4. (See accompanying narrative to Court Clerk, Jan 3, 2014)

2

3. Defendant, _____ lives at, or its business is located at

_____, _____,
street address                                  city

_____, _____, _____
county                          state                       zip code

(if more than one defendant, provide the same information for each defendant below)

Barack Hussein Obama, Chief Executive
Jacob J. Lew, Treasury Secretary
Harry Mason Reid, Senate Majority Leader
John Andrew Boehner, Speaker of US House

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

www.corker.senate.gov gives the burden on the Miller family six hundred billion dollars more than www.usdebtclock.org which raises the "Taxpayer" amount given previously. America is a debtor nation. Miller freedom is jeopardized as well as all Americans. When Obama entered the White House, US debt was $10,626 trillion. It's now (Jan 1, 2014) $7.5 trillion higher. Nearly forty eight (48) percent the national debt is owed foreigners 10% China (a US enemy) + Japan (9.6%) + Great Britain (5.1%) including Islamic nations Saudi Arabia, Oman & UAE. Worse— "Two-thirds of $17.5 trillion debt is bankrolled from our Social Security accounts, future retirees + the US military". In September 2012, "$11 trillion was owed foreign + domestic investors + Federal Reserve" (QE 1-3).

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Articles I, II & IV annul defendants self-ascribed Sovereign Immunity protection in money management
   b. Avenge the Miller Family of their Adversaries Barack Obama, Jacob Lew, Harry Reid & John Boehner
   c. Reimburse all plaintiffs their "taxpayer" share now @ $150,131 on www.usdebtclock.org
   d. Censure all defendants for imperiling current & all future Miller generations.
   e. Nullify 2013 Budget Deal for further harming us.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __3rd__ day of __January__, 20__14__.

Victor X. Miller
160 Jolly Lane
Heiskell, TN 37754
865-498-0356
Signature of plaintiff (s)

3